Opinion approved by the court.

**CULBERTSON v. STATE.**

No. 25019.

Court of Criminal Appeals of Texas.

Dec. 6, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted for giving a check for $108.45 to Harry Holland, in

Amarillo, such check being drawn on a bank at White Deer, Texas, in exchange for certain articles of clothing. His punishment was assessed at confinement in the state penitentiary for two years.

It was shown that appellant had insufficient funds in said bank to pay such check at such time.

The defense to such action consisted of a plea of insanity, which was presented by certain witnesses, and the State countered with further witnesses. This matter was submitted to the jury by the trial court under unobjected to instructions, and they found appellant sane at such times.

There is nothing further presented to us, and the judgment will therefore be affirmed.